UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-92-BO-1

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| GRIFFIN STANTON LEWIS | ) |

ORDER GRANTING
MOTION TO SEAL

THIS MATTER is before the Court on defendant's motion to file his sentencing memorandum under seal.

FOR GOOD CAUSE SHOWN, defendant' motion is hereby GRANTED.

SO ORDERED, this the ___4___ day of January, 2019.

*Terrence Boyle*
Hon. Terrence W. Boyle
Chief U.S. District Judge

-1-